**Louis SOCK, III, Petitioner–Appellant,**

v.

**Jan TROMBLEY, Warden,
Respondent–Appellee.**

No. 06–2298.

United States Court of Appeals,
Sixth Circuit.

Aug. 14, 2008.

Before: MARTIN and BATCHELDER, Circuit Judges, and JORDAN, Senior District Judge.*

BOYCE F. MARTIN, JR., Circuit Judge.

Louis Sock petitions this Court for a writ of habeas corpus on the basis of ineffective assistance of counsel. The state courts and the district court found that Sock had not demonstrated prejudice from any alleged deficiencies on the part of his lawyer and therefore rejected his ineffective assistance of counsel claim. We find no error in the magistrate judge's findings

and opinion as adopted by the district court. Because we find no error, and because there is little to be gained by repeating the analysis here, we adopt and affirm the district court's opinion.

---

* The Honorable R. Leon Jordan, Senior District Judge for the Eastern District of Tennes-    see, sitting by designation.